**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TERESA LEE,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
"A",

      Defendants.

Case No.: 1:26-cv-04970

Judge Matthew F. Kennelly

Magistrate Judge Daniel P. McLaughlin

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1.      I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, TERESA LEE ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.      This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication and by sending an e-mail with the relevant documents attached and a link to said website to an e-mail address for each Defendant.

3.      I hereby certify that on May 27, 2026, I sent an e-mail containing a copy of the Complaint, ECF Hearing Notice [15], Order to Conduct Expedited Discovery and Electronic Service of Process, and Summons to the e-mail addresses associated with accounts at the Amazon Payments, Inc. ("Amazon") and Roadget Business Pte. Ltd. ("SHEIN") marketplaces, as identified and provided for Defendants by third parties.

4.      I hereby certify that on or before May 27, 2026, I electronically published the Complaint, ECF Hearing Notice [15], Order to Conduct Expedited Discovery and Electronic Service of Process, and Summons on a website.

5.      I hereby certify that on May 27, 2026, I sent an e-mail containing a copy of the Complaint, ECF Hearing Notice [15], Order to Conduct Expedited Discovery and Electronic Service of Process, and Summons to the e-mail addresses associated with accounts at the Amazon and SHEIN marketplaces, as identified and provided by third parties for Defendants that includes a link to said website. These email accounts were provided to the marketplaces so that the marketplaces may communicate with Defendants regarding issues related to the purchase, transfer, and maintenance of the various accounts.

6.      Attached hereto as **Exhibit 1** is a true and correct copy of the emails that Plaintiff sent to the email addresses provided for Defendants by third parties that includes a link to said website.

7.      The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*

2