# Exhibit 1

## 001 HaiKouShiXuQing



## 002 gaihechaoren



## 003 HueCanvas Haven



## 004 WuJinZhong



## 005 Lumina Artistry

