**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TERESA LEE,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-04970

Judge Matthew F. Kennelly

Magistrate Judge Daniel P. McLaughlin

**<u>DECLARATION OF TERESA LEE</u>**

I, TERESA LEE, declare and state as follows:

1.     This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.     I am the artist that created the Teresa Lee Work. I make this declaration from matters within my knowledge save where otherwise stated.

3.     I am a professional photographer specializing in fashion and commercial photography. After graduating from college with a degree in marketing, I began my career as an advertising executive with *Southern Bride Magazine*, where I routinely hired photographers and models in creating national marketing campaigns. During this time, I began to form my own thoughts and style for producing quality, fashion-inspired images. In 2001, I followed my passion and opened my own photography studio, quickly gaining international recognition and recognized in over fifty global photography competitions by 2004. My talent has taken me all over the United States, working with many celebrities,

1

musicians, athletes, and pop culture icons. My work has been featured in numerous magazines and recognized by Kodak, with my images displayed multiple times on Kodak's electronic billboard in Times Square. In addition to my commercial work, I am passionate about community initiatives and have contributed to projects supporting survivors of abuse.

4. I am the official source of products associated with the Teresa Lee Work (the "Teresa Lee Products"):



http://www.teresaleephotography.com/commercialmodels

5. I am the owner of the copyright registration for the Teresa Lee copyrighted work, which is protected by United States Copyright Registration No. VA 2-467-568 (the "Teresa Lee Work").

6. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible,

2

to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

7. My goodwill and reputation are irreparably damaged when the Teresa Lee Work is used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Teresa Lee copyrighted material because infringers take away my ability to control the nature and quality of products bearing the Teresa Lee Work and derivative works.

8. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Teresa Lee Work are meant to be exclusive rights.

9. The marketing and distribution of the Teresa Lee Work and derivative works are aimed at growing and sustaining sales. When infringers use the Teresa Lee Work without authorization, the exclusivity associated with the Teresa Lee Work, as well as my reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

10. Uncontrolled profiteering and pirating of the Teresa Lee Work create the impression that the copyright rights associated with the Teresa Lee Work may be infringed with impunity. The Teresa Lee Work is distinctive and signifies to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Teresa Lee Work on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Teresa Lee Work cannot be compensated for financially since it erodes my ability to monetize the Teresa Lee Work.

11. I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgment.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2026.

_Teresa Lee_

_____
Teresa Lee